UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ryan Bordis,<br><br>    Plaintiff,<br><br>v.<br><br>Santander Consumer USA, Inc.<br>c/o CT Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604,<br><br>          Defendant. | Case No.<br><br><br>**COMPLAINT**<br><br><br>**Jury Demand Requested** |

## JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §§1331, 1337, 1367; and 15 U.S.C. §1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

3- Plaintiff incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the "Debt").

4- Plaintiff is a resident of the State of Illinois.

5- Defendant is a corporation with its principal office in the State of Illinois.

6- Defendant acquired the Debt after it was in default and therefore qualifies as a "Debt Collector" under the Fair Debt Collection Practices Act.

7- Defendant uses instruments of interstate commerce for its principal purpose of business, which is the collection of debts.

8- Defendant regularly attempts to collects, or attempts to collect, debts that it acquired after the same were in default.

9- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

## FACTS COMMON TO ALL COUNTS

10- On or around September 6, 2011, Plaintiff filed a voluntary bankruptcy petition that included the Debt.

11- On or around December 6, 2011, Plaintiff obtained a discharge.

12- Defendant obtained the Debt after September 6, 2011.

13- Despite the bankruptcy petition and discharge, during 2015, Defendant mailed several collection notices to Plaintiff regarding the Debt.

14- At the time of the letter, Defendant knew, or should have known, that Plaintiff filed bankruptcy.

15- Defendant damaged Plaintiff.

16- Defendant violated the FDCPA.

## COUNT I

17- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

18- Defendant violated 15 USC §1692c(a)(2) by communicating with a consumer after having notice that the consumer was represented by an attorney.

## COUNT II

19- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

20- Defendant violated 15 USC § 1692e(2) by misrepresenting the character, amount, and/or legal status of the Debt.

## COUNT III

21- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

22- Defendant violated 15 USC § 1692e(10) by using false representations and/or deceptive means to collect, or attempt to collect, the Debt.

## COUNT IV

23- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

24- Defendant violated 15 USC § 1692f by engaging in unfair and/or unconscionable means to collect, or attempt to collect, the Debt.

## COUNT V

25- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

26- Defendant violated 15 USC § 1692e by engaging in false, deceptive, or misleading methods to collect a debt.

## JURY DEMAND

27- Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

28- Plaintiff prays for the following relief:

a. Judgment against Defendant for Plaintiff's actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

b. Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

 c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3);

 d. Any other legal and/or equitable relief as the Court deems appropriate.

       RESPECTFULLY SUBMITTED,

       Meier LLC

       By: */s/ Richard J. Meier*
       Richard J. Meier, Esq.
       53 W. Jackson Blvd, Suite 304
       Chicago, IL 60604
       Tel: 312-242-1849
       Fax: 312-242-1841
       richard@meierllc.com
       *Attorney for Plaintiff*